**Freddie LOPEZ et al. v. UNITED STATES of America.**

No. 1354.

Circuit Court of Appeals, Tenth Circuit.

Jan. 28, 1936.

H. S. Ridgley, of Cheyenne, Wyo., for appellant.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**Raymond McBRIDE, Appellant, v. UNITED STATES of America.**

No. 10491.

Circuit Court of Appeals, Eighth Circuit.

April 16, 1936.

D. W. Peters, of Jefferson City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Otto Schmid, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellant.

**H. Belle McCREARY, Appellant, v. NEW YORK LIFE INSURANCE CO.**

No. 10355.

Circuit Court of Appeals, Eighth Circuit.

March 9, 1936.

J. M. FitzGerald, of Denver, Colo., and Thomas M. Morrow and William Morrow, both of Scottsbluff, Neb., for appellant.

Louis H. Cooke, of New York City, and Claude A. Davis, of Grand Island, Neb., for appellee.

PER CURIAM.

Appeal dismissed, on motion of appellee, for failure to print record and file brief.

**Fred MACCARONE and Del-Mac System Corporation, Plaintiffs-Appellants, v. PINCUS & TOBIAS, Inc., Defendant-Appellee.**

**SBICCA METHOD SHOES, Inc., Plaintiff-Appellant, v. M. WOLF & SONS, Inc., Defendants-Appellee.**

Nos. 317, 316.

Circuit Court of Appeals, Second Circuit.

April 20, 1936.

Briesen & Schrenk, of New York City (Hans v. Briesen and Fred A. Klein, both of New York City, of counsel), for appellants Fred Maccarone and Del-Mac System Corporation.

Watson, Bristol, Johnson & Leavenworth, of New York City (Clair V. Johnson, Davis A. Woodcock, and Harry A. Smith, all of New York City, of counsel), for Pincus & Tobias, Inc., and Sbicca Method Shoes, Inc., appellant.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decrees (11 F.Supp. 239, 248) affirmed.